## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | **8:22CR74** |
| vs. | ) | |
| **SCOTT MORROW,** | ) | **ORDER** |
| **Defendant.** | ) | |

This matter is before the court on the defendant's unopposed Motion to Continue Trial [20].  For the reasons set forth in the motion, the undersigned magistrate judge finds that good cause exists for the requested continuance.  Accordingly,

**IT IS ORDERED** that the Motion to Continue Trial [20] is granted, as follows:

1. The jury trial, now set for July 5, 2022, is continued to **November 1, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 1, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:  June 10, 2022**

                                                     **BY THE COURT:**

                                                     **s/ Susan M. Bazis**
                                                   **United States Magistrate Judge**